JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLE ANN BOATRIGHT,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>NANCY A. BERRYHILL,<br>Deputy Commissioner for<br>Operations,<br><br>　　　　　Defendant. | Case No. ED CV 16-1693-SP<br><br>**JUDGMENT** |

Pursuant to the Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and this action is dismissed with prejudice.

Dated: December 28, 2018

　　　　　　　　　　　　　　　　SHERI PYM
　　　　　　　　　　　　　　　　United States Magistrate Judge